**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.     14-cr-00173-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JOSE SOTERO HOLGUIN-ARZOLA,

    Defendant.

---

ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on June 17, 2014, it is hereby

ORDERED that Defendant Jose Sotero Holguin-Arzola is sentenced to **TIME SERVED.**

Dated:   June 17, 2014.

                              BY THE COURT:

                              /s/   R. Brooke Jackson
                              R. BROOKE JACKSON,
                              UNITED STATES DISTRICT JUDGE